UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20670-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

PAULINO GRANDA,                    :

        Plaintiff,                 :
                                        REPORT RE GRANT OF MOTION
v.                                 :    TO PROCEED IFP ON APPEAL
                                           CIVIL RIGHTS
CARL I. SCHULMAN                   :         (DE#14 &17)

        Defendants.               :
_____

        The plaintiff has filed motions to proceed in forma pauperis
on appeal in this prisoner civil rights case (DE#14 & 17), referred
to the Undersigned Magistrate Judge.  The documentation required by
law has been provided and it is therefore recommended as follows:


        1.   That the appeal be found to be taken in good faith, and
the motions be granted. (DE#14 & 17).


        2.   The plaintiff may be required to pay the appellate filing
fee as dictated by the Eleventh Circuit Court of Appeals.


        Objections to this report may be filed with the District Judge
within ten days of receipt of a copy of the report.


        DONE AND ORDERED at Miami, Florida, this 4th day of August,
2009.


        _____
        UNITED STATES MAGISTRATE JUDGE

cc:   Paulino Granda, <u>Pro Se</u>
      Reg 07620-045
      FCC-Coleman
      Coleman, FL
      DC #X