UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 09-20670-CIV-GRAHAM

PAULINO GRANDA,

    Plaintiff,

vs.

CARL I SCHULMAN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motions for Leave to Proceed in Forma Pauperis [D.E. 14, 17].

The Motion was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 15]. Judge White has issued a Report and Recommendation [D.E. 18], recommending that the motions be granted. The time for objections has expired and the parties have filed no objection.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 18] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Motions to Proceed in Forma Pauperis [D.E. 14, 17] are **GRANTED.**

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2009.

                                                            *[signature]*
                                      DONALD L. GRAHAM
                                      UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Patrick A. White
     Paulino Granda, <u>Pro</u> <u>Se</u>
     Counsel of Record